JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN V. SATTERWHITE,<br><br>Plaintiff,<br><br>v.<br><br>CRAFT AND TAILORED, LLC , et al.,<br><br>Defendants. | Case No.: 2:20-cv-01575-SVW-KS<br>*Hon. Stephen V Wilson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated:  September 18, 2020       By: _____/s/ Stephen V. Wilson_____
                                      HON. STEPHEN V WILSON
                                      UNITED STATES DISTRICT JUDGE